IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAFAYETTE CADE,

    Plaintiff,

v.

F. BREWER, J. DALEY, B. DAVIS, L. FUGATE, D. HATTEN, D. REEVES, R. SHANNON, R. TRIMBLE, D. MENDENHALL, D. NELSON, N. VILLA, R. HEIGH, J. MATTINGLY, E. BEELS, JAMES YATES, D. DE FRANCE, D. WAGNER, R. KERVORKIAN,

    Defendants.

No. C 08-00585 WHA (PR)

**ORDER RE BRIEFING SCHEDULE ON MOTION TO DISMISS**

On July 7, 2009, defendants filed a motion to dismiss and for summary judgment. Plaintiff's opposition to the motion shall be filed with the Court and served upon defendants no later than **OCTOBER 12, 2009**. If defendants wish to file a reply brief, they shall do so no later than **OCTOBER 27, 2009**. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion unless the Court so orders at a later date.

    **IT IS SO ORDERED.**

Dated: September 11, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE