IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFAYETTE CADE, | No. C 08-00585 WHA (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BREWER, et al., | |
| Defendants. | |

Pursuant to the order granting the motion for summary judgment filed by defendants Yates and Kervorkian, judgment is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated: January 13, 2010

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\E.D. CAL\Cade00585.EDCA.JUD.wpd